■ JOSEPH DUDZIK, Respondent, v. JOSEPH ROTHAFEL et al., Doing Business as MIDWOOD HAULAGE CO., et al., Appellants.— In a negligence action to recover damages for injury to person and property resulting from an automobile collision, defendants appeal from a judgment of the Supreme Court, Queens County, entered October 9, 1961 upon a jury's verdict in plaintiff's favor. Judgment affirmed, with costs. No opinion. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.